# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2020

161958

*In re* R. M. GRAVES, Minor.

SC: 161958
COA: 349938
Wayne CC Family Division:
96-340455-NA

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2020



Clerk

p1028